UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES L. LABER and LAURA M. LABER,

        Plaintiffs,        CIV. S-04-2078 DFL PAN PS

    v.

DEPARTMENT OF THE TREASURY,        ORDER
INTERNAL REVENUE SERVICE,

        Defendant.

—oOo—

On October 17, 2005, plaintiffs filed a request for enlargement of time to file their opposition to defendant's motion for summary judgment on the ground they have needed to attend to the recent deaths and estates of close family members. For good cause shown (Fed. R. Civ. P. 6(b)), plaintiffs shall have until Monday, October 31, 2005, to serve and file their opposition to defendant's motion; defendant may file a reply on or before November 7.  Defendant shall abide by its promise made

at the September 28 and October 11 hearings to suspend all collection activities against plaintiffs until this court's decision on defendant's motion for summary judgment.

So ordered.

Dated:  October 20, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge