IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. LABER and LAURA M. LABER,

        Plaintiffs,

   v.

DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,

        Defendant.
_____/

CIV. S-04-2078-DFL-PAN(JFM)-PS

ORDER

This matter was referred to the assigned Magistrate Judge pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On March 27, 2006, Judge Moulds recommended that defendant's motion for summary judgment be granted.  On April 5, 2006, plaintiffs filed objections to the findings and recommendation.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed March 27, 2006, are adopted in full;

    2.  Defendant's motion for summary judgment is granted, and

    3.  This action is dismissed.

DATED: 8/3/2006

_____
DAVID F. LEVI
United States District Judge